**Robert Gus PEMBERTON, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
March 6, 1953.

Motion to Set Aside Order Denied
May 1, 1953.

P. H. Vincent and J. W. McKenzie, Ashland, for movant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Boyd Circuit Court. Judgment of conviction for unlawfully selling spirituous, vinous and malt intoxicating liquors in local option territory. $100 fine and 60 days in jail. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied.

Judgment affirmed.